```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINDA SLADE, individually and as the representative of a class of similarly situated persons,

                              Plaintiff,

            -against-

RMS FASHIONS INS.,

                             Defendant.
-----------------------------------------------------------------X

21-CV-8197 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on November 19, 2021 (doc. no 7) the Initial Case Management Conference currently scheduled for **January 6, 2022** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
               November 20, 2021

                                           _____
                                           KATHARINE H. PARKER
                                           United States Magistrate Judge